1 | Charles B. Jellinek (*Pro Hac Vice* Application Pending)
**BRYAN CAVE LLP**
2 | 211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
3 | Telephone: (314) 259-2000
Facsimile: (314) 259-2020
4 | Email: cbjellinek@bryancave.com

5 | Karen K. Cain (*Pro Hac Vice* Application Pending)
**BRYAN CAVE LLP**
6 | 1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
7 | Telephone: (816) 374-3200
Facsimile: (816) 374-3300
8 | Email: karen.cain@bryancave.com

9 | Jesse E.M. Randolph (California Bar No. 221060)
**BRYAN CAVE LLP**
10 | 1900 Main Street, Suite 700
Irvine, California 92614-7328
11 | Telephone: (949) 223-7000
Facsimile: (949) 223-7100
12 | Email: jesse.randolph@bryancave.com

13 | Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
14 | H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**

MAR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**C08-01318 JL**<br><br>**DECLARATION OF THOMAS KEVIN BROWN IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**<br><br>(Alameda County Superior Court Case No. RG08366506) |

IR01DOCS\360887.1

1

DECLARATION OF THOMAS K. BROWN IN SUPPORT OF NOTICE OF REMOVAL

COPY

# DECLARATION OF THOMAS KEVIN BROWN

I, Thomas Kevin Brown, declare as follows:

1. I am a Sr. Project Manager for HRB Corporate Services, LLC. My office is located at One H&R Block Way, Kansas City, Missouri. I have been employed by different indirect subsidiaries of H&R Block, Inc. for 9 years. As a Sr. Project Manager, I am familiar with and have access to information related to the dispersion and ownership of H&R Block retail tax offices throughout the United States. I make this declaration based on my personal knowledge, and also based on information I have derived from my review of company records. If called upon to testify as to the facts set forth in this declaration, I could and would competently do so.

2. The current location count information that follows was drawn on March 6, 2008 from a database maintained by H&R Block, Inc.'s Administrative Resources Department. The information contained in the database is supplied by various different H&R Block departments, as well as different H&R Block field locations.

3. H&R Block Enterprises, Inc. owns and operates 3,011 locations (i.e., H&R Block retail tax offices) in a total of 19 states. 2,902 of these locations offer tax return preparation services. The other 109 H&R Block Enterprises, Inc. locations do not offer tax return preparation services. 958 of H&R Block Enterprises, Inc.'s locations are in California. The remaining 1,944 locations are located in the other states in which H&R Block Enterprises, Inc. does business. Specifically, H&R Block Enterprises, Inc. has 14 locations in Alaska, 223 locations in Arizona, 166 locations in Colorado, 42 locations in Hawaii, 43 locations in Idaho, 446 locations in Illinois, 82 locations in Kansas, 156 locations in Minnesota, 22 locations in Montana, 41 locations in Nebraska, 81 locations in Nevada, 17 locations in North Dakota, 129 locations in Oregon, 7 locations in South Dakota, 283 locations in Texas, 69 locations in Utah, 119 locations in Washington, and 4 locations in Wyoming.

4. H&R Block Tax Services, Inc. currently has no company-owned locations that prepare tax returns in California.

5.  H&R Block Tax and Business Services, Inc. currently has 36 locations in 16 states. 3 of these locations are in California. The remaining 33 locations are outside of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2008, at Kansas City, Missouri.

*/s/ Thomas K. Brown*

Thomas Kevin Brown