Charles B. Jellinek (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone:   (314) 259-2000
Facsimile:   (314) 259-2020
Email:       cbjellinek@bryancave.com

Karen K. Cain (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
Telephone:   (816) 374-3200
Facsimile:   (816) 374-3300
Email:       karen.cain@bryancave.com

Jesse E.M. Randolph (California Bar No. 221060)
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
Email:       jesse.randolph@bryancave.com

Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318 JL<br><br>**DECLARATION OF DAVID P. ARNDT IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**<br><br>(Alameda County Superior Court Case No. RG08366506) |

IR01DOCS\360887.1

1

DECLARATION OF DAVID P. ARNDT IN SUPPORT OF NOTICE OF REMOVAL

# DECLARATION OF DAVID P. ARNDT

I, David P. Arndt, declare as follows:

1. I am the Lead Software Engineer for HRB Corporate Services, LLC. My office is located at One H&R Block Way, Kansas City, Missouri. I have continuously been employed by different H&R Block entities for 6 years. As Lead Software Engineer, I am familiar with and have access to information related to the total number of tax returns prepared by H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. in the various states in which these entities do business. I make this declaration based on my personal knowledge, and also based on information I have derived from my review of company records. If called upon to testify as to the facts set forth in this declaration, I could and would competently do so.

2. In 2007 – the last full year for which such data is available – H&R Block Enterprises, Inc. prepared 3,332,395 tax returns (preparation of tax returns is the principal means by which H&R Block Enterprises, Inc. generates its revenue). 1,192,396 of the tax returns prepared by H&R Block Enterprises, Inc. were prepared in California. The other 2,139,999 tax returns were prepared in the other 18 states in which H&R Block Enterprises, Inc. does business. During 2007, H&R Block Enterprises, Inc. prepared 20,939 tax returns in Alaska, 270,944 tax returns in Arizona, 184,038 tax returns in Colorado, 67,580 tax returns in Hawaii, 41,206 tax returns in Idaho, 466,926 tax returns in Illinois, 98,816 tax returns in Kansas, 128,743 tax returns in Minnesota, 24,345 tax returns in Montana, 58,536 tax returns in Nebraska, 42,382 tax returns in Nevada, 17,658 tax returns in North Dakota, 131,752 tax returns in Oregon, 10,120 tax returns in South Dakota, 359,056 tax returns in Texas, 56,487 tax returns in Utah, 155,458 tax returns in Washington, and 7,013 tax returns in Wyoming.

3. H&R Block Tax and Business Services, Inc., generates revenue from tax preparation and related services for individuals and businesses at offices in 4 states. In 2007 – the last full year for which such data is available – H&R Block Tax and Business Services, Inc. prepared 471 out of 7,415 of its tax returns (6.35%) in California. All other

1  tax returns are prepared, and related services performed, outside of California.

2      4.    H&R Block Tax Services, Inc. does not prepare tax returns in California or
3  any other state.

4      Executed this 6th day of March, 2008, at Kansas City, Missouri.

*[signature]*

David P. Arndt