1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone: (314) 259-2000
   Facsimile: (314) 259-2020
4  Email: cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone: (816) 374-3200
   Facsimile: (816) 374-3300
8  Email: karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone: (949) 223-7000
   Facsimile: (949) 223-7100
12 Email: jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **C08-01318 JL**<br><br>**DECLARATION OF BRET G. WILSON IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**<br><br>(Alameda County Superior Court Case No. RG08366506) |

IR01DOCS\362257.1

1

**DECLARATION OF BRET G. WILSON IN SUPPORT OF NOTICE OF REMOVAL**

# DECLARATION OF BRET G. WILSON

I, Bret G. Wilson, declare as follows:

1. I am the Vice President and Secretary for H&R Block, Inc. My office is located at One H&R Block Way, Kansas City, Missouri. I have continuously been employed by different H&R Block entities for 13 years. In my capacity as Vice President and Secretary for H&R Block, Inc., I am familiar with the corporate structure (including dates and places of incorporation and location of corporate headquarters) of H&R Block, Inc. and its various domestic subsidiaries. I make this declaration based on my personal knowledge, and also based on information I have derived from my review of company records. If called upon to testify as to the facts set forth in this declaration, I could and would competently do so.

2. H&R Block Enterprises, Inc. is and, since its incorporation on September 3, 1999, has been, incorporated under the laws of the State of Missouri. The corporate headquarters of H&R Block Enterprises, Inc. (where its executive and administrative operations are centrally managed) are located at One H&R Block Way, Kansas City, Missouri.

3. H&R Block Tax and Business Services, Inc. is and, since its incorporation on September 26, 2002, has been, incorporated under the laws of the State of Delaware. The corporate headquarters of H&R Block Tax and Business Services, Inc. (where its executive and administrative operations are centrally managed) are located at One H&R Block Way, Kansas City, Missouri.

4. H&R Block Tax Services, Inc. is and, since its incorporation on January 20, 1993, has been, incorporated under the laws of the State of Missouri. H&R Block Tax Services, Inc. is the franchisor for all H&R Block franchised retail tax offices in the United States. The corporate headquarters of H&R Block Tax Services, Inc. (where its executive and administrative operations are centrally managed) are at One H&R Block Way, Kansas

///
///

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

1  City, Missouri.

2      Executed this 6th day of March, 2008, at Kansas City, Missouri.

*[Signature: Bret Wilson]*

Bret G. Wilson

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

IR01DOCS\362257.1                              3
**DECLARATION OF BRET G. WILSON IN SUPPORT OF NOTICE OF REMOVAL**