Charles B. Jellinek (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri  63102-2750
Telephone:   (314) 259-2000
Facsimile:   (314) 259-2020
Email:       cbjellinek@bryancave.com

Karen K. Cain (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, Missouri  64105-2100
Telephone:   (816) 374-3200
Facsimile:   (816) 374-3300
Email:       karen.cain@bryancave.com

Jesse E.M. Randolph (California Bar No. 221060)
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California  92614-7328
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
Email:       jesse.randolph@bryancave.com

Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

ORIGINAL FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JL

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318<br><br>**DECLARATION OF CAROL A. WILLIAMS IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**<br><br>(Alameda County Superior Court Case No. RG08366506) |

IR01DOCS\361726.2

1

DECLARATION OF CAROL A. WILLIAMS IN SUPPORT OF NOTICE OF REMOVAL

## DECLARATION OF CAROL A. WILLIAMS

I, Carol A. Williams, declare as follows:

1. I am the HRIS Analyst for HRB Support Services LLC, an H&R Block subsidiary. My office is located at One H&R Block Way, Kansas City, Missouri. I have continuously been employed by different H&R Block entities for more than 7 1/2 years.

2. As an HRIS Analyst, I have access to the personnel and compensation information of the employees of H&R Block Enterprises, Inc., H&R Block Tax Services, Inc., and H&R Block Tax and Business Services, Inc., nationwide. I make this declaration based on my personal knowledge as well as my review of such personnel and compensation information. If called upon to testify as to the facts set forth in this declaration, I could and would competently do so.

3. H&R Block Enterprises, Inc. employs 34,958 individuals in 18 states. 14,408 of these individuals are employed in California. 20,550 of these individuals are employed outside of California. Specifically, H&R Block Enterprises, Inc. has 168 employees in Alaska, 2,595 employees in Arizona, 1,949 employees in Colorado, 567 employees in Hawaii, 470 employees in Idaho, 6,189 employees in Illinois, 1,127 employees in Kansas, 1,571 employees in Minnesota, 263 employees in Montana, 607 employees in Nebraska, 1,178 employees in Nevada, 219 employees in North Dakota, 1,267 employees in Oregon, 107 employees in South Dakota, 739 employees in Utah, 1,474 employees in Washington, and 60 employees in Wyoming. While H&R Block Enterprises, Inc. does business in Texas, it does not have employees in that state. Instead, employees working out of H&R Block Enterprises, Inc.'s Texas locations are employed by a separate H&R Block-affiliated entity.

4. H&R Block Tax Services, Inc. has no employees in California.

5. H&R Block Tax and Business Services, Inc. employs 287 individuals in 15 states. Thirty (30) of these individuals are employed in California. The remaining 257 individuals are employed outside of California.

///

6. H&R Block Enterprises, Inc. employs individuals who are hired to work during tax season at H&R Block locations in California as Office Managers. H&R Block Enterprises, Inc. does not employ persons working at H&R Block locations in California with the job title of "Office Leader." H&R Block Tax and Business Services, Inc., H&R Block Tax Services, Inc., and H&R Block Financial Advisors, Inc. do not employ seasonal employees with the title of either Office Manager or Office Leader. H&R Block Tax and Business Services, Inc., H&R Block Tax Services, Inc., and H&R Block Financial Advisors, Inc. do not pay compensation to such employees, do not enter into employment agreements with such employees, and do not formulate or implement wage payment policies with respect to such employees.

7. More than 1,000 individuals have been employed as Office Managers in company-owned H&R Block tax offices in California from January 17, 2004 until the present.

8. Based on my review of tax season-based salary data for H&R Block Enterprises, Inc.'s California Office Managers – specifically, the average annual base salaries (not including bonus compensation) of such employees during this period (which runs from January through April) – the average hourly rate of pay for Office Managers who have worked in California from January 17, 2004 to the present, during tax season, is $16.32/hour. Accordingly, the average overtime rate of pay for California Office Managers during this same period has been $24.48/hour ($16.32/hour x 1.5).

9. Based on my review of company records, 108 Office Managers in California either voluntarily quit or were involuntarily terminated (and, therefore, have not returned in any capacity) between January 17, 2007 and January 17, 2008.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 6 day of March, 2008, at Kansas City, Missouri.

Carol A. Williams