1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:    (314) 259-2000
   Facsimile:    (314) 259-2020
4  Email:        cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:    (816) 374-3200
   Facsimile:    (816) 374-3300
8  Email:        karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:    (949) 223-7000
   Facsimile:    (949) 223-7100
12 Email:        jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

ORIGINAL FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JL

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>C08-01318<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Civil L.R. 3-16] |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL
2  PARTIES AND THEIR ATTORNEYS OF RECORD:
3        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
4  persons, associations of persons, firms, partnerships, corporations (including parent
5  corporations) or other entities (i) have a financial interest in the subject matter in
6  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
7  subject matter or in a party that could be substantially affected by the outcome of this
8  proceeding:

| | |
|---|---|
| Alice Williams | Plaintiff |
| H&R Block Enterprises, Inc. | Defendant |
| H&R Block Tax and Business Services, Inc. | Defendant |
| H&R Block Tax Services, Inc. | Defendant, Parent of H&R Block Enterprises, Inc. |
| H&R Block Financial Advisors, Inc. | Defendant |
| H&R Block Services, Inc. | Parent of H&R Block Tax and Business Services, Inc. and H&R Block Tax Services, Inc. |
| HRB Financial Corporation | Parent of H&R Block Financial Advisors, Inc. |
| Block Financial LLC | Parent of HRB Financial Corporation |
| H&R Block Group, Inc. | Parent of H&R Block Services, Inc. and Block Financial LLC |

24  ///
25  ///
26  ///
27  ///
28  ///

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

IR01DOCS\361211.1

2

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

| | |
|---|---|
| 1  H&R Block, Inc. | Parent of H&R Block Group, Inc. |

Dated: March 6, 2008

**BRYAN CAVE LLP**
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: _____
 Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS
SERVICES, INC.; and H&R BLOCK TAX
SERVICES, INC..