1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone: (314) 259-2000
   Facsimile: (314) 259-2020
4  Email:     cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone: (816) 374-3200
   Facsimile: (816) 374-3300
8  Email:     karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone: (949) 223-7000
   Facsimile: (949) 223-7100
12 Email:     jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**
MAR - 7 2008
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>C08-01318 JL<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

1       TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      1.     Defendant H&R Block Enterprises, Inc. states that it is wholly owned by H&R Block Tax Services, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. H&R Block Tax Services, Inc. is wholly owned by H&R Block Services, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. H&R Block Services, Inc. is wholly owned by H&R Block Group, Inc., which is a Delaware corporation with its principal place of business in Freeport, Bahamas. H&R Block Group, Inc. is wholly owned by H&R Block, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. The shares of H&R Block, Inc. are publicly traded.

      2.     Defendant H&R Block Tax and Business Services, Inc. states that it is wholly owned by H&R Block Services, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. H&R Block Services, Inc. is wholly owned by H&R Block Group, Inc., which is a Delaware corporation with its principal place of business in Freeport, Bahamas. H&R Block Group, Inc. is wholly owned by H&R Block, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. The shares of H&R Block, Inc. are publicly traded.

      3.     Defendant H&R Block Tax Services, Inc. states that it is wholly owned by H&R Block Services, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri. H&R Block Services, Inc. is wholly owned by H&R Block Group, Inc., which is a Delaware corporation with its principal place of business in Freeport, Bahamas. H&R Block Group, Inc. is wholly owned by H&R Block, Inc., which is a Missouri corporation with its principal place of business in Kansas City, Missouri.

///
///
///

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

1 | The shares of H&R Block, Inc. are publicly traded.

Dated: March 6, 2008

                              **BRYAN CAVE LLP**
                              Charles B. Jellinek
                              Karen K. Cain
                              Jesse E.M. Randolph

                              By: _/s/ Jesse E.M. Randolph_____
                                    Jesse E.M. Randolph
                              Attorneys for Defendants
                              H&R BLOCK ENTERPRISES, INC.;
                              H&R BLOCK TAX AND BUSINESS
                              SERVICES, INC.; and H&R BLOCK TAX
                              SERVICES, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614