Charles B. Jellinek (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
Email:      cbjellinek@bryancave.com

Karen K. Cain (*Pro Hac Vice* Application Pending)
BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
Telephone:  (816) 374-3200
Facsimile:  (816) 374-3300
Email:      karen.cain@bryancave.com

Jesse E.M. Randolph (California Bar No. 221060)
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:      jesse.randolph@bryancave.com

Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**

MAR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**E-filing**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br>**C08-01318 JL**<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>[Civil L.R. 3-12] |

COPY

IR01DOCS\361851.1

1

1     TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. are unaware of any action previously filed or currently pending in the United States District Court for the Northern District of California that is related to the above-captioned case.

Dated: March 6, 2008

BRYAN CAVE LLP
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: _____
    Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.; H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.

*Bryan Cave LLP*
*1900 Main Street, Suite 700*
*Irvine, California 92614*

IR01DOCS\361851.1

2

**DEFENDANTS' NOTICE OF RELATED CASES**