1 | Charles B. Jellinek (*Pro Hac Vice* Application Pending)
**BRYAN CAVE LLP**
2 | 211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
3 | Telephone: (314) 259-2000
Facsimile: (314) 259-2020
4 | Email: cbjellinek@bryancave.com

5 | Karen K. Cain (*Pro Hac Vice* Application Pending)
**BRYAN CAVE LLP**
6 | 1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
7 | Telephone: (816) 374-3200
Facsimile: (816) 374-3300
8 | Email: karen.cain@bryancave.com

9 | Jesse E.M. Randolph (California Bar No. 221060)
**BRYAN CAVE LLP**
10 | 1900 Main Street, Suite 700
Irvine, California 92614-7328
11 | Telephone: (949) 223-7000
Facsimile: (949) 223-7100
12 | Email: jesse.randolph@bryancave.com

13 | Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
14 | H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

**ORIGINAL FILED**
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318  JL<br><br>**APPLICATION OF CHARLES B. JELLINEK FOR *PRO HAC VICE* ADMISSION**<br><br>[Civil L.R. 11-3] |

COPY

IR01DOCS\360823.1

1

APPLICATION OF CHARLES B. JELLINEK FOR *PRO HAC VICE* ADMISSION

1  I, Charles B. Jellinek, hereby make this Application pursuant to Civil L.R. 11-3, for
2  an Order of this Court admitting attorney Charles B. Jellinek, *pro hac vice*, to represent
3  Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc.,
4  and H&R Block Tax Services, Inc. (referred to herein collectively as "Defendants") in the
5  above-captioned proceeding. I have personal knowledge of the facts set forth herein and
6  declare as follows:

7  1. I am not a resident of California. I am not regularly employed in the State of
8  California, and am not regularly engaged in substantial business, professional, or other
9  activities in the State of California.

10 2. I am a partner with Bryan Cave LLP, an international law firm with
11 headquarters in St. Louis, Missouri. I work out of my firm's St. Louis office. My
12 residence address is 3014 Windsor Point Drive, St. Louis, Missouri 63129. My business
13 address is Bryan Cave LLP, One Metropolitan Square, 211 North Broadway, Suite 3600,
14 St. Louis, Missouri 63102-2750.

15 3. I have been admitted to practice before the following courts:

| Title of Court(s) | Date of Admission |
|---|---|
| State of Missouri Bar | 1993 |
| State of Illinois Bar | 1994 |
| **Federal Courts** | |
| United States Supreme Court | 2003 |
| Seventh Circuit Court of Appeals | 2003 |
| Eighth Circuit Court of Appeals | 1998 |
| Eastern District of Missouri | 1995 |
| Western District of Missouri | 1996 |
| Southern District of Illinois | 1996 |
| Central District of Illinois | 2003 |
| Northern District of Illinois | 2003 |

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

4.  With respect to each of the courts listed above in Paragraph 3, I have been and remain a member in good standing.

5.  I am not currently, and have never been, suspended or disbarred by any court.

6.  Within the past two years, I have not applied for admission *pro hac vice* in any state or federal court located in the State of California.

7.  I agree to become familiar with and abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45 (related to Electronic Case Filing), and to become familiar with the Local Rules and the Alternative Dispute Resolution program established by this Court.

8.  I, on behalf of Defendants, hereby designate as my co-counsel Jesse E.M. Randolph, also of Bryan Cave LLP. Mr. Randolph is an associate with the Irvine, California office of Bryan Cave, and his business address is as follows: Bryan Cave LLP, 1900 Main Street, Suite 700, Irvine, California 92614-7328. Mr. Randolph is an active member in good standing of the California State Bar, and is a member in good standing of the Bar of this Court.

9.  This litigation will be materially advanced on behalf of Defendants if I am permitted to represent them, as I am uniquely familiar with the factual and legal issues that will be presented to the Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 3rd day of March, 2008 at St. Louis, Missouri.

_____
Charles B. Jellinek