1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:   (314) 259-2000
   Facsimile:   (314) 259-2020
4  Email:       cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:   (816) 374-3200
   Facsimile:   (816) 374-3300
8  Email:       karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
12 Email:       jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-01318 JL<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**<br><br>(Alameda County Superior Court Case No. RG08366506) |

IR01DOCS\361223.1

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on March 7, 2008, Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. (collectively, "Defendants") served on Plaintiff Alice Williams ("Plaintiff") a copy of Defendants' Notice to Adverse Party and to State Court of Removal to Federal Court, in compliance with 28 U.S.C. § 1446(d). In addition, on March 7, 2008, Defendants filed in the Superior Court for the State of California, County of Alameda, a copy of Defendants' Notice to Adverse Party and to State Court of Removal to Federal Court, also in compliance with 28 U.S.C. § 1446(d).

A true and correct copy of the conformed caption page for Defendants' Notice to Adverse Party and to State Court of Removal to Federal Court, together with a true and correct copy of the proof of service on Plaintiff, are attached hereto as Exhibit 1.

Dated: March 10, 2008

**BRYAN CAVE LLP**
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: _____
Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS
SERVICES, INC.; and H&R BLOCK TAX
SERVICES, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

Case 3:08-cv-01318-JSW   Document 11   Filed 03/11/2008   Page 3 of 6

# EXHIBIT 1

1  BRYAN CAVE LLP
   Charles B. Jellinek (*Pro Hac Vice* Application Pending)
2  One Metropolitan Square
   211 North Broadway, Suite 3600
3  St. Louis, Missouri  63102-2750
   Telephone:    (314) 259-2000
4  Facsimile:    (314) 259-2020

5  BRYAN CAVE LLP
   Karen K. Cain (*Pro Hac Vice* Application Pending)
6  One Kansas City Place
   1200 Main Street, Suite 3500
7  Kansas City, Missouri  64105-2100
   Telephone:    (816) 374-3200
8  Facsimile:    (816) 374-3300

9  BRYAN CAVE LLP
   Jesse E.M. Randolph (California Bar No. 221060)
10 1900 Main Street, Suite 700
   Irvine, California  92614
11 Telephone:    (949) 223-7000
   Facsimile:    (949) 223-7100
12
   Attorneys for Defendants
13 H&R BLOCK ENTERPRISES, INC.;
   H&R BLOCK TAX AND BUSINESS SERVICES,
14 INC.; and H&R BLOCK TAX SERVICES, INC.

FILED
ALAMEDA COUNTY
MAR -- 2008
CLERK OF THE SUPERIOR COURT
By _____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. RG08366506<br><br>CLASS ACTION<br><br>Assigned for all Purposes to Hon. Bonnie Sabraw, Department 22<br><br>**DEFENDANTS' NOTICE TO ADVERSE PARTY AND TO STATE COURT OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed:    January 17, 2008<br>Trial Date:           Not Assigned |

ORIGINAL

IR01DOCS\360859.2                                1
NOTICE TO ADVERSE PARTY AND TO STATE COURT OF REMOVAL TO FEDERAL COURT

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE CLERK
2 OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF
3 ALAMEDA:
4     PLEASE TAKE NOTICE THAT on March 7, 2008, Defendants H&R Block Enterprises,
5 Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. filed a
6 Notice of Removal of this Action in the United States District Court for the Northern District of
7 California. A true and correct copy of the Notice of Removal is attached as Exhibit 1.
8     PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing
9 of the Notice of Removal in the aforementioned United States District Court, together with the
10 filing of this Notice with this Court, effects the removal of this action. Therefore, this Court may
11 proceed no further with the above-captioned action unless and until the action is remanded.

Dated: March 7, 2008

**BRYAN CAVE LLP**
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: _____
    Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1900 Main Street, Suite 700, Irvine, CA 92614-7328. My email address is: holly.ottiger@bryancave.com.

On March 7, 2008, I served the foregoing document described as: **DEFENDANTS' NOTICE TO ADVERSE PARTY AND TO STATE COURT OF REMOVAL TO FEDERAL COURT** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Todd M. Schneider, Esq.<br>Carolyn H. Cottrell, Esq.<br>W.H. "Hank" Willson, IV, Esq.<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 |
| Alexander G. van Broek, Esq.<br>LAW OFFICE OF ALEXANDER G. VAN BROEK<br>1999 Harrison Street, Suite 700<br>Oakland, California 94612 | Telephone: (510) 446-1922<br>Facsimile: (510) 446-1911 |
| Rebecca D. Eisen, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, California 94105 | Telephone: (415) 442-0900<br>Facsimile: (415) 442-1001<br>Email: reisen@morganlewis.com |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 7, 2008, at Irvine, California.

*Holly C. Ottiger*
Holly C. Ottiger