1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:  (314) 259-2000
   Facsimile:  (314) 259-2020
4  Email:      cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:  (816) 374-3200
   Facsimile:  (816) 374-3300
8  Email:      karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:  (949) 223-7000
   Facsimile:  (949) 223-7100
12 Email:      jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.
15

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA

18 ALICE WILLIAMS, on behalf of herself,          Case No.
19 and on behalf of all others similarly
   situated,                                      C08-01318  JL
20
                 Plaintiff,
21
        v.                                        APPLICATION OF KAREN K. CAIN
22                                                FOR *PRO HAC VICE* ADMISSION
   H&R BLOCK FINANCIAL ADVISORS,
23 INC., H&R BLOCK TAX AND                        [Civil L.R. 11-3]
   BUSINESS SERVICES, INC., H&R
24 BLOCK TAX SERVICES, INC., H&R
   BLOCK ENTERPRISES, INC., and
25 DOES 1 through 50, inclusive,

26               Defendants.

27
28

IR01DOCS\361012.1                     1
APPLICATION OF KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION

1  I, Karen K. Cain, hereby make this Application pursuant to Civil L.R. 11-3, for an Order of this Court admitting attorney Karen K. Cain, *pro hac vice*, to represent Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. (referred to herein collectively as "Defendants") in the above-captioned proceeding. I have personal knowledge of the facts set forth herein and declare as follows:

1. I am not a resident of California. I am not regularly employed in the State of California, and am not regularly engaged in substantial business, professional, or other activities in the State of California.

2. I am counsel to Bryan Cave LLP, an international law firm with headquarters in St. Louis, Missouri. I work out of my firm's Kansas City office. My residence address is 14311 Woodward, Overland Park, Kansas 66223. My business address is Bryan Cave LLP, One Kansas City Place, 1200 Main Street, Suite 3500, Kansas City, Missouri 64105-2100.

3. I have been admitted to practice before the following courts:

| Title of Court(s) | Date of Admission |
| --- | --- |
| State of Missouri | 1996 |
| State of Kansas | 1995 |
| State of Ohio | 1999 |
| United States Courts of Appeals, Eighth and Tenth Circuits | 2002, 1997 |
| United States District Courts: | |
| District of Kansas | 1995 |
| Western District of Missouri | 1996 |
| District of Colorado | 2007 |

4. With respect to each of the courts listed above in Paragraph 3, I have been and remain a member in good standing, though I am not currently active in Ohio due to a change in residence to Kansas.

5. I am not currently, and have never been, suspended or disbarred by any court.

6. Within the past two years, I have not applied for admission *pro hac vice* in any state or federal court located in the State of California.

7. I agree to become familiar with and abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45 (related to Electronic Case Filing), and to become familiar with the Local Rules and the Alternative Dispute Resolution program established by this Court.

8. I, on behalf of Defendants, hereby designate as my co-counsel Jesse E.M. Randolph, also of Bryan Cave LLP. Mr. Randolph is an associate with the Irvine, California office of Bryan Cave, and his business address is as follows: Bryan Cave LLP, 1900 Main Street, Suite 700, Irvine, California 92614-7328. Mr. Randolph is an active member in good standing of the California State Bar, and is a member in good standing of the Bar of this Court.

9. This litigation will be materially advanced on behalf of Defendants if I am permitted to represent them, as I am uniquely familiar with the factual and legal issues that will be presented to the Court.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 19th day of February, 2008 at Kansas City, Missouri.

*Karen K. Cain*
Karen K. Cain

IR01DOCS\361012.1                         3

APPLICATION OF KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION