1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:  (314) 259-2000
   Facsimile:   (314) 259-2020
4  Email:        cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:  (816) 374-3200
   Facsimile:   (816) 374-3300
8  Email:        karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:  (949) 223-7000
   Facsimile:   (949) 223-7100
12 Email:        jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

[Stamp: ORIGINAL FILED MAR - 7 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND]

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**C08-01318 JL**<br><br>**NOTICE OF HEARING ON APPLICATIONS OF CHARLES B. JELLINEK AND KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION** |

IR01DOCS\361013.1                                    1

**NOTICE OF HEARING ON APPLICATIONS FOR *PRO HAC VICE* ADMISSION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that soon as counsel may be heard before this Court, on a date and time to be determined, Defendants H&R Block Enterprises, Inc.; H&R Block Tax and Business Services, Inc.; and H&R Block Tax Services, Inc. (hereinafter "Defendants"), through their attorneys of record herein, will move this Court for an Order admitting Charles B. Jellinek and Karen K. Cain to appear in the above-captioned proceeding as counsel *pro hac vice* for Defendants, pursuant to Civil L.R. 11-3.

The respective Applications of Charles B. Jellinek and Karen K. Cain are and will be based upon this Notice, the Application of Charles B. Jellinek for *Pro Hac Vice* Admission, the Application of Karen K. Cain for *Pro Hac Vice* Admission, the Declaration of Jesse E.M. Randolph in Support of Applications of Charles B. Jellinek and Karen K. Cain for *Pro Hac Vice* Admission, the pleadings, records and files in this action, and upon such other written and oral documentary evidence as may be requested or received by the Court in connection with either Application.

Dated: March 6, 2008

BRYAN CAVE LLP
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: _____
Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.