1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   BRYAN CAVE LLP
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:  (314) 259-2000
   Facsimile:   (314) 259-2020
4  Email:       cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   BRYAN CAVE LLP
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:  (816) 374-3200
   Facsimile:   (816) 374-3300
8  Email:       karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   BRYAN CAVE LLP
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:  (949) 223-7000
   Facsimile:   (949) 223-7100
12 Email:       jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.
15

ORIGINAL FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

COPY

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 ALICE WILLIAMS, on behalf of herself,        Case No. C08-01318 JL
   and on behalf of all others similarly
19 situated,

20              Plaintiff,

21        v.                                     DECLARATION OF JESSE E.M.
                                                 RANDOLPH IN SUPPORT OF
22 H&R BLOCK FINANCIAL ADVISORS,                 APPLICATIONS OF CHARLES B.
   INC., H&R BLOCK TAX AND                       JELLINEK AND KAREN K. CAIN
23 BUSINESS SERVICES, INC., H&R                  FOR *PRO HAC VICE* ADMISSION
   BLOCK TAX SERVICES, INC., H&R
24 BLOCK ENTERPRISES, INC., and
   DOES 1 through 50, inclusive,
25
                Defendants.
26

27

28

IR01DOCS\361021.1                            1

**DECLARATION OF JESSE E.M. RANDOLPH IN SUPPORT OF *PRO HAC VICE* APPLICATIONS**

## DECLARATION OF JESSE E.M. RANDOLPH

I, Jesse E.M. Randolph, declare as follows:

1. I am an attorney admitted to practice before all state and federal courts located in the State of California. I am an associate with Bryan Cave LLP, counsel of record for Defendants H&R Block Enterprises, Inc.; H&R Block Tax and Business Services, Inc.; and H&R Block Tax Services, Inc. (hereinafter "Defendants") in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify competently to such facts.

2. This Declaration is submitted in support of the applications of Charles B. Jellinek and Karen K. Cain to appear as counsel *pro hac vice* on behalf of Defendants in this action.

3. Both applications are being brought on the basis that the appearance of Mr. Jellinek and Ms. Cain will be required on behalf of Defendants throughout the course of this litigation, since both Mr. Jellinek and Ms. Cain are uniquely familiar with the factual and legal issues that will be presented to the Court in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 6th day of March, 2008 at Irvine, California.

_Jesse E.M. Randolph_

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

IR01DOCS\361021.1

2

DECLARATION OF JESSE E.M. RANDOLPH IN SUPPORT OF *PRO HAC VICE* APPLICATIONS