1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:   (314) 259-2000
4  Facsimile:   (314) 259-2020
   Email:       cbjellinek@bryancave.com
5

6  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
7  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
8  Telephone:   (816) 374-3200
9  Facsimile:   (816) 374-3300
   Email:       karen.cain@bryancave.com
10

11 Jesse E.M. Randolph (California Bar No. 226601)
   **BRYAN CAVE LLP**
12 1900 Main Street, Suite 700
   Irvine, California 92614-7328
13 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
14 Email:       jesse.randolph@bryancave.com

15
16 Attorneys for Defendants H&R BLOCK ENTERPRISES, INC.;
   H&R BLOCK TAX AND BUSINESS SERVICES,
17 INC.; and H&R BLOCK TAX SERVICES, INC.

ORIGINAL FILED

MAR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

18                  **UNITED STATES DISTRICT COURT**
19                  **NORTHERN DISTRICT OF CALIFORNIA**

20 ALICE WILLIAMS, on behalf of herself,         Case No. C08-01318 JL
   and on behalf of all others similarly
21 situated,

22                Plaintiff,

23         v.

24 H&R BLOCK FINANCIAL ADVISORS,                 **PROOF OF SERVICE**
   INC., H&R BLOCK TAX AND
25 BUSINESS SERVICES, INC., H&R
   BLOCK TAX SERVICES, INC., H&R
26 BLOCK ENTERPRISES, INC., and
   DOES 1 through 50, inclusive,
27
                  Defendants.
28

362272.1

PROOF OF SERVICE

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1900 Main Street, Suite 700, Irvine, CA 92614-7328. My email address is: holly.ottiger@bryancave.com.

    On March 7, 2008, I served the foregoing document described as:

**CIVIL COVER SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

**CORPORATE DISCLOSURE STATEMENT**

**DEFENDANTS' NOTICE OF RELATED CASES**

**NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC. PURSUANT TO 28 U.S.C. §§ 1332(d), 1441(a), 1446, AND 1453 (DIVERSITY OF CITIZENSHIP**

**DECLARATION OF JESSE E.M. RANDOLPH IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

**DECLARATION OF BRET G. WILSON IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**

**DECLARATION OF CAROL A. WILLIAMS IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**

**DECLARATION OF THOMAS KEVIN BROWN IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**

**DECLARATION OF DAVID P. ARNDT IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS H&R BLOCK ENTERPRISES, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., AND H&R BLOCK TAX SERVICES, INC.**

**NOTICE OF HEARING ON APPLICATIONS OF CHARLES B. JELLINEK AND KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION**

**APPLICATION OF CHARLES B. JELLINEK FOR *PRO HAC VICE* ADMISSION**

**APPLICATION OF KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION**

362272.1

APPLICATION OF JESSE E.M. RANDOLPH IN SUPPORT OF APPLICATIONS OF CHARLES B. JELLINEK AND KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION

PROPOSED ORDER GRANTING APPLICATIONS OF CHARLES B. JELLINEK AND KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Todd M. Schneider, Esq.<br>Carolyn H. Cottrell, Esq.<br>W.H. "Hank" Willson, IV, Esq.<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 |
| Alexander G. van Broek, Esq.<br>LAW OFFICE OF ALEXANDER G. VAN BROEK<br>1999 Harrison Street, Suite 700<br>Oakland, California 94612 | Telephone: (510) 446-1922<br>Facsimile: (510) 446-1911 |
| Rebecca D. Eisen, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, California 94105 | Telephone:  (415) 442-0900<br>Facsimile:   (415) 442-1001<br>Email:  reisen@morganlewis.com |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY PERSONAL DELIVERY - I caused such envelope to be hand delivered to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 7, 2008, at Irvine, California.

*Holly C. Ottiger*
Holly C. Ottiger

362272.1

3

PROOF OF SERVICE