1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri  63102-2750
3  Telephone:    (314) 259-2000
   Facsimile:     (314) 259-2020
4  Email:          cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri  64105-2100
7  Telephone:    (816) 374-3200
   Facsimile:     (816) 374-3300
8  Email:          karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California  92614-7328
11 Telephone:    (949) 223-7000
   Facsimile:     (949) 223-7100
12 Email:          jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

15

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

16                **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18 | ALICE WILLIAMS, on behalf of herself, | Case No. C08-01318 JL |
   | and on behalf of all others similarly | |
19 | situated, | |
   | | |
20 |          Plaintiff, | **STIPULATION TO EXTEND** |
   | | **DEADLINE FOR H&R BLOCK** |
21 |          v. | **ENTERPRISES, INC., H&R BLOCK** |
   | | **TAX AND BUSINESS SERVICES,** |
22 | H&R BLOCK FINANCIAL ADVISORS, | **INC., AND H&R BLOCK TAX** |
   | INC., H&R BLOCK TAX AND | **SERVICES, INC. TO ANSWER OR** |
23 | BUSINESS SERVICES, INC., H&R | **OTHERWISE RESPOND TO** |
   | BLOCK TAX SERVICES, INC., H&R | **PLAINTIFF'S COMPLAINT** |
24 | BLOCK ENTERPRISES, INC., and | |
   | DOES 1 through 50, inclusive, | [Civil L.R. 6-1(a)] |
25 | | |
   |          Defendants. | |
26

27

28

IR01DOCS\362395.1                          1

1        This Stipulation between Plaintiff Alice Williams ("Plaintiff"), on the one hand, and

2   Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc.,

3   and H&R Block Tax Services, Inc. ("Defendants"), on the other hand, is based on the

4   following:

5        1.    This action was filed on January 17, 2008, in Alameda County Superior

6   Court. The Complaint and Summons were served upon Defendant H&R Block Tax and

7   Business Services, Inc. on February 8, 2008, and served upon Defendants H&R Block

8   Enterprises, Inc. and H&R Block Tax Services, Inc. on February 21, 2008.

9        2.    Defendants removed the action to this Court – before filing a responsive state

10  court pleading – on March 7, 2008. Under Rule 81(c) of the Federal Rules of Civil

11  Procedure, Defendants' deadline to respond to Plaintiff's Complaint is March 14, 2008.

12       3.    The parties, through their respective counsel of record, hereby stipulate and

13  agree, pursuant to Local Rule 6-1(a), that Defendants shall have an additional thirty (30)

14  days, through and including April 11, 2008, to answer or otherwise respond to Plaintiff's

15  Complaint.

16  Dated: March 11, 2008

        **SCHNEIDER & WALLACE**
        Todd M. Schneider

17          Carolyn H. Cottrell
        W.H. "Hank" Willson, IV

18

19          By: _____
        W.H. "Hank" Willson, IV

20          Attorneys for Plaintiff
        ALICE WILLIAMS

21

22  Dated: March 11, 2008

        **BRYAN CAVE LLP**
        Charles B. Jellinek

23          Karen K. Cain
        Jesse E.M. Randolph

24          By: _____

25          Jesse E.M. Randolph

26          Attorneys for Defendants
        H&R BLOCK ENTERPRISES, INC.; H&R

27          BLOCK TAX AND BUSINESS SERVICES,
        INC.; and H&R BLOCK TAX SERVICES,

28          INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614