Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Alexander G. van Broek (SBN 103891)
LAW OFFICE OF ALEXANDER G. VAN BROEK
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Tel: (510) 446-1922
Fax: (510) 446-1911

Attorneys for Plaintiffs and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 3:08-cv-1318 JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT H&R BLOCK FINANCIAL ADVISORS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

SCHNEIDER & WALLACE

STIPULATION EXTENDING TIME FOR DEFENDANT H&R BLOCK FINANCIAL ADVISORS TO RESPOND TO COMPLAINT
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

1    Plaintiff Alice Williams ("Plaintiff") and Defendant H&R Block Financial Advisors, Inc. ("Defendant"), hereby STIPULATE:

1. Pursuant to Fed.R.Civ.P. 81(c), Defendant's responsive pleading to the Complaint was due on March 12, 2008.

2. Plaintiff plans to file a Motion to Remand this case back to state court. Once this Court has ruled on Plaintiff's Motion to Remand, Plaintiff plans to request dismissal, without prejudice, of Defendant H&R Block Financial Advisors, Inc. from this case. In order to save the time and resources of the Court and the parties, the parties do not wish to force Defendant to file a responsive pleading in light of its pending dismissal from the case.

3. Thus, pursuant to Civil Local Rule 6-1(a), Plaintiff and Defendant stipulate that Defendant's responsive pleading will be due no earlier than June 13, 2008.

Respectfully submitted,

Date: March 14, 2008

SCHNEIDER & WALLACE
LAW OFFICE OF ALEXANDER G. VAN BROEK

_____
Hank Willson
Counsel for Plaintiff

Date: March 14, 2008

MORGAN LEWIS & BOCKIUS, LLP

_____
Rebecca Eisen
Counsel for Defendant H&R Block Financial Advisors, Inc.

SCHNEIDER & WALLACE

STIPULATION EXTENDING TIME FOR DEFENDANT H&R BLOCK FINANCIAL ADVISORS TO RESPOND TO COMPLAINT
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW
1