**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALICE WILLIAMS,

    Plaintiff,

v.

H&R BLOCK FINANCIAL ADVISORS, INC.,

    Defendant.

No. C 08-01318 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 23, 2008 Defendants' motion to strike. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than April 22, 2008 and Defendants' reply brief shall be filed by no later than April 29, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE