IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC.,<br><br>　　　　Defendant.<br>_____ / | No. C 08-01318 JSW<br><br>**ORDER (1) CONTINUING HEARING, (2) DENYING ADMINISTRATIVE MOTION, AND SETTING BRIEFING SCHEDULE** |

　　　The Court HEREBY CONTINUES the hearing on Defendants' motion to strike to June 6, 2008 at 9:00 a.m. This Order does not alter the briefing schedule previously set by the Court. The Court DENIES Plaintiff's administrative motion to take Defendants' motion off-calendar and to delay the briefing on the motion.

　　　With respect to Plaintiff's motion to remand, the Court ORDERS that Defendants' opposition to the motion shall be filed by no later than April 28, 2008 and Plaintiff's reply brief shall be filed by no later than May 4, 2008.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///
///
///
///

1  schedule, they may submit for the Court's consideration a stipulation and proposed order
2  demonstrating good cause for any modification requested.
3  **IT IS SO ORDERED.**

5  Dated: April 14, 2008

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE