Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Alexander G. van Broek (SBN 103891)
LAW OFFICE OF ALEXANDER G. VAN BROEK
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Tel: (510) 446-1922
Fax: (510) 446-1911

Attorneys for Plaintiffs and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:08-cv-1318 JSW<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Date: June 6, 2008<br>Time: 9:00 am<br>Courtroom: 2<br>Judge: The Honorable Jeffrey S. White |

# ORDER

Plaintiff's Motion to Remand came on for hearing on June 6, 2008. After consideration of the papers and arguments submitted by Plaintiff and Defendants, the Court makes the following FINDINGS:

1. Plaintiff and the class members are citizens of California.
2. For purposes of subject matter jurisdiction based on diversity of the parties, a corporation is deemed to be a citizen of the state of its principal place of business. 28 U.S.C. §1332(c)(1).
3. Because H&R Block Enterprises, Inc., by its own admission, is the sole employer of class members, it is the primary Defendant in this action.
4. Because H&R Block Enterprises, Inc. does substantially more business in California than in any other state, its principal place of business is California.
5. Because H&R Block Enterprises, Inc.'s principal place of business is California, no diversity of citizenship exists here, and this Court lacks subject matter jurisdiction over this matter.

In light of the foregoing findings, the Court makes the following ORDER:

Plaintiffs' Motion to Remand is hereby GRANTED.

IT IS SO ORDERED.

Date: _____                          _____

The Hon. Jeffrey S. White

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING MOTION TO REMAND
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

1