1  Todd M. Schneider (SBN 158253)
2  Carolyn H. Cottrell (SBN 166977)
   W.H. "Hank" Willson, IV (SBN 233321)
3  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
4  San Francisco, California 94104
   Tel: (415) 421-7100
5  Fax: (415) 421-7105
6  TTY: (415) 421-1665

7  Alexander G. van Broek (SBN 103891)
   LAW OFFICE OF ALEXANDER G. VAN BROEK
8  1999 Harrison Street, Suite 700
   Oakland, California 94612-3517
9  Tel: (510) 446-1922
10 Fax: (510) 446-1911

11 Attorneys for Plaintiffs and the proposed Class

12

13                    UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 ALICE WILLIAMS, on behalf of herself, and   Case No. 3:08-cv-1318 JSW
   on behalf of all others similarly situated,

17              Plaintiff,

18       vs.                                   **PROOF OF SERVICE**

19 H&R BLOCK FINANCIAL ADVISORS, INC.,
   H&R BLOCK TAX AND BUSINESS
20 SERVICES, INC., H&R BLOCK TAX              Date: June 6, 2008
   SERVICES, INC., H&R BLOCK                  Time: 9:00 am
21 ENTERPRISES, INC., and DOES 1 through 50,  Courtroom: 2
22 inclusive,                                 Judge: The Honorable Jeffrey S. White

23              Defendants.

24
25
26
27
28

SCHNEIDER
& WALLACE
                            Proof of Service
              *Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

## PROOF OF SERVICE

### WILLIAMS v. H&R BLOCK
*Case No. 3:08-cv-1318 JSW*

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On April 15, 2008, I served the following document(s) described as:

- **[proposed] Order Granting Plaintiff's Motion to Remand**

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Charles B. Jellinek<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St Louis, MO 63102-2750 | Karen K. Cain<br>Bryan Cave LLP<br>One Kansas City Place<br>1200 Main St, Suite 3500<br>Kansas City, M0 64105-2100 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on April 15, 2008, at San Francisco, California.

*Cathy Vittoria*