1  Todd M. Schneider (SBN 158253)
   Carolyn H. Cottrell (SBN 166977)
2  W.H. "Hank" Willson, IV (SBN 233321)
3  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
4  San Francisco, California 94104
   Tel: (415) 421-7100
5  Fax: (415) 421-7105
   TTY: (415) 421-1665
6

7  Alexander G. van Broek (SBN 103891)
   LAW OFFICE OF ALEXANDER G. VAN BROEK
8  1999 Harrison Street, Suite 700
   Oakland, California 94612-3517
9  Tel: (510) 446-1922
10 Fax: (510) 446-1911

11 Attorneys for Plaintiffs and the proposed Class

12

13                    UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:08-cv-1318 JSW<br><br>**PROOF OF SERVICE**<br><br>Date: June 6, 2008<br>Time: 9:00 am<br>Courtroom: 2<br>Judge: The Honorable Jeffrey S. White |

SCHNEIDER
& WALLACE

## PROOF OF SERVICE

### WILLIAMS v. H&R BLOCK
*Case No. 3:08-cv-1318 JSW*

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On April 22, 2008, I served the following document(s) described as:

- **Opposition to Defendants' Motion to Strike**

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

| Charles B. Jellinek<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St Louis, MO 63102-2750 | Karen K. Cain<br>Bryan Cave LLP<br>One Kansas City Place<br>1200 Main St, Suite 3500<br>Kansas City, M0 64105-2100 |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on April 22, 2008, at San Francisco, California.

*Cathy Vittoria*

SCHNEIDER & WALLACE

Proof of Service
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW