Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Alexander G. van Broek (SBN 103891)
LAW OFFICE OF ALEXANDER G. VAN BROEK
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Tel: (510) 446-1922
Fax: (510) 446-1911

Attorneys for Plaintiffs and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 3:08-cv-1318 JSW<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF FIRM NAME** |

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF
2  RECORD:
3      Please take notice that effective May 1, 2008, Schneider & Wallace will change its name to
4  Schneider Wallace Cottrell Brayton Konecky LLP.  The firm's and its lawyers' addresses,
5  telephone numbers, facsimile numbers, and e-mail addresses will remain the same.

7  Dated:  April 25, 2008                    SCHNEIDER & WALLACE
                                              LAW OFFICE OF ALEXANDER G. VAN BROEK

                                              _____/s/_____
                                              W. H. "HANK" WILLSON, IV
                                              Attorneys for Plaintiff