Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Alexander G. van Broek (SBN 103891)
LAW OFFICE OF ALEXANDER G. VAN BROEK
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Tel: (510) 446-1922
Fax: (510) 446-1911

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:08-cv-1318 JSW<br><br>**PROOF OF SERVICE**<br><br>Date: June 6, 2008<br>Time: 9:00 am<br>Courtroom: 2<br>Judge: The Honorable Jeffrey S. White |

SCHNEIDER & WALLACE

Proof of Service
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

## PROOF OF SERVICE

## WILLIAMS v. H&R BLOCK
*Case No. 3:08-cv-1318 JSW*

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On April 25, 2008, I served the following document(s) described as:

- **PLAINTIFFS' NOTICE OF CHANGE OF FIRM NAME**

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Charles B. Jellinek<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St Louis, MO 63102-2750 | Karen K. Cain<br>Bryan Cave LLP<br>One Kansas City Place<br>1200 Main St, Suite 3500<br>Kansas City, MO 64105-2100 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on April 25, 2008, at San Francisco, California.

Cathy Vittoria