| | |
|---|---|
| 1 | Charles B. Jellinek (*Pro Hac Vice* Application Pending) |
|   | **BRYAN CAVE LLP** |
| 2 | 211 North Broadway, Suite 3600 |
|   | St. Louis, Missouri  63102-2750 |
| 3 | Telephone:   (314) 259-2000 |
|   | Facsimile:    (314) 259-2020 |
| 4 | Email:         cbjellinek@bryancave.com |
| 5 | Karen K. Cain (*Pro Hac Vice* Application Pending) |
|   | **BRYAN CAVE LLP** |
| 6 | 1200 Main Street, Suite 3500 |
|   | Kansas City, Missouri  64105-2100 |
| 7 | Telephone:   (816) 374-3200 |
|   | Facsimile:    (816) 374-3300 |
| 8 | Email:         karen.cain@bryancave.com |
| 9 | Jesse E.M. Randolph (California Bar No. 221060) |
|   | **BRYAN CAVE LLP** |
| 10 | 1900 Main Street, Suite 700 |
|    | Irvine, California  92614-7328 |
| 11 | Telephone:   (949) 223-7000 |
|    | Facsimile:    (949) 223-7100 |
| 12 | Email:         jesse.randolph@bryancave.com |
| 13 | Attorneys for Defendants |
|    | H&R BLOCK ENTERPRISES, INC.; |
| 14 | H&R BLOCK TAX AND BUSINESS SERVICES, |
|    | INC.; and H&R BLOCK TAX SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated, | Case No. C08-01318 JSW |
| Plaintiff, | |
| v. | |
| H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive, | **NOTICE OF INCORRECTLY FILED DOCUMENT (COURT DOCKET ENTRY NO. 38)** |
| Defendants. | |

///

///

IR01DOCS\366129.1

**NOTICE OF INCORRECTLY FILED DOCUMENT**
**(Case No. C08-01318 JSW)**

1  **TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND**
2  **THEIR ATTORNEYS OF RECORD:**

3   **PLEASE TAKE NOTICE** that, on April 28, 2008, Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc. (collectively, "Defendants") timely filed their Opposition to the Motion to Remand or, in the Alternative, Request for Discovery (the "original Opposition") filed by Plaintiff Alice Williams ("Williams"). See Court Docket Entry # 38. Later that same day (just 23 minutes later), and consistent with this Court's directives related to inadvertently-filed ECF filings, Defendants "re-efiled" their Opposition (designating this latter pleading their Amended Opposition to the Motion to Remand or, in the Alternative, Request for Discovery) (the "amended Opposition"). See Court Docket Entry # 39.

Defendants' "re-efiling" was occasioned by counsel's immediate recognition of the inadvertent filing of an earlier and unedited (i.e., non-final) version of Defendants' opposing papers. Defendants request that the Court consider Defendants' amended Opposition (the correct and complete version of their opposing arguments) – not their inadvertently-filed original Opposition – in ruling upon Williams' Motion to Remand. Defendants further request that Williams respond to Defendants' amended Opposition – not the inadvertently-filed original Opposition – should Williams elect to file a reply.

Pursuant to this Court's rules and procedures related to ECF filings, counsel for Defendants will separately notify the ECF HelpDesk of this issue.

Dated: April 29, 2008

**BRYAN CAVE LLP**
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By:  /s/ Jesse E.M. Randolph
　　　　Jesse E.M. Randolph
Attorneys for Defendants H&R BLOCK ENTERPRISES, INC.; H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614-7328

IR01DOCS\366129.1

2

**NOTICE OF INCORRECTLY FILED DOCUMENT**
(Case No. C08-01318 JSW)