1  Charles B. Jellinek (*Pro Hac Vice* Application Pending)
   BRYAN CAVE LLP
2  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102-2750
3  Telephone:  (314) 259-2000
   Facsimile:  (314) 259-2020
4  Email:      cbjellinek@bryancave.com

5  Karen K. Cain (*Pro Hac Vice* Application Pending)
   BRYAN CAVE LLP
6  1200 Main Street, Suite 3500
   Kansas City, Missouri 64105-2100
7  Telephone:  (816) 374-3200
   Facsimile:  (816) 374-3300
8  Email:      karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   BRYAN CAVE LLP
10 1900 Main Street, Suite 700
   Irvine, California 92614-7328
11 Telephone:  (949) 223-7000
   Facsimile:  (949) 223-7100
12 Email:      jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

RECEIVED MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318<br><br>[PROPOSED] ORDER GRANTING APPLICATIONS OF CHARLES B. JELLINEK AND KAREN K. CAIN FOR *PRO HAC VICE* ADMISSION |

COPY

IR01DOCS\361023.1                    1

1  The applications of Charles B. Jellinek and Karen K. Cain to appear as counsel *pro*
2  *hac vice* in this action came ~~on for hearing~~ before the Court ~~on~~
3  ~~, 2008~~. The Court, having considered both applications and all papers filed in support
4  thereof, ORDERS AS FOLLOWS:
5      1.  Charles B. Jellinek is admitted to appear as counsel *pro hac vice* in this
6  action on behalf of Defendants H&R Block Enterprises, Inc., H&R Block Tax and
7  Business Services, Inc.; and H&R Block Tax Services, Inc.
8      2.  Karen K. Cain is admitted to appear as counsel *pro hac vice* in this action on
9  behalf of Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business
10 Services, Inc.; and H&R Block Tax Services, Inc.
11     IT IS SO ORDERED.

13 DATED: MAY 0 6 2008

14                              UNITED STATES DISTRICT JUDGE