IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., et al.<br><br>    Defendants.<br>_____/ | No. C 08-01318 JSW<br><br>**ORDER CONTINUING HEARING DATE** |

    The Court HEREBY CONTINUES the hearing on Plaintiff's motion to remand and Defendants' motion to strike to October 10, 2008 at 9:00 a.m. The Court FURTHER ORDERS that the parties are authorized to engage in limited discovery during this time period regarding (1) the citizenship of members of the proposed class and (2) whether H&R Block Financial Advisors, Inc., H&R Block Tax and Business Services, Inc. and H&R Block Tax Services, Inc. would be directly or vicariously liable if the allegations of the complaint were true. Based on such discovery, the parties may supplement their briefs relating to Plaintiff's motion to remand. Specifically, the parties shall address whether Plaintiff has met her burden to demonstrate whether two-thirds or one-third of the members of the proposed class are citizens of California and whether H&R Block Financial Advisors, Inc., H&R Block Tax and Business Services, Inc. and H&R Block Tax Services, Inc are primary defendants.

    Plaintiff may file a supplemental brief of no more than ten pages by no later than August 29, 2008. Defendants may file a supplemental opposition of no more than ten pages by no later

than September 12, 2008. Plaintiff may file a supplemental reply of no more than seven pages by no later than September 19, 2008.

**IT IS SO ORDERED.**

Dated: May 22, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California