1  Charles B. Jellinek (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri  63102-2750
3  Telephone:   (314) 259-2000
   Facsimile:   (314) 259-2020
4  Email:       cbjellinek@bryancave.com

5  Karen K. Cain (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri  64105-2100
7  Telephone:   (816) 374-3200
   Facsimile:   (816) 374-3300
8  Email:       karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California  92614-7328
11 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
12 Email:       jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 16-2(e)] |

1   This Stipulation between Plaintiff Alice Williams ("Plaintiff"), on the one hand, and
2 Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc.,
3 and H&R Block Tax Services, Inc. ("Defendants"), on the other hand, is made with
4 reference to the following facts:

5   1.   This action was initiated on January 17, 2008, in Alameda County Superior
6 Court. Defendants removed the case to this Court on March 7, 2008. See Court Docket
7 Entry # 1. In an Order dated March 17, 2008, this Court scheduled the parties' initial Case
8 Management Conference for July 11, 2008. See Court Docket Entry # 22.

9   2.   On April 7, 2008, Defendants filed a Motion to Strike portions of Plaintiff's
10 Complaint, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. See Court
11 Docket Entry # 25. On April 11, 2008, Plaintiff filed a Motion to Remand. See Court
12 Docket Entry # 27. Pursuant to this Court's Order dated April 14, 2008, the hearings on
13 Defendants' Motion to Strike and Plaintiff's Motion to Remand originally were set for
14 June 6, 2008. See Court Docket Entry # 31.

15   3.   On May 22, 2008, following the completion of briefing on both Defendants'
16 Motion to Strike and Plaintiff's Motion to Remand, the Court continued the hearings on
17 both motions to October 10, 2008, to permit the parties to conduct jurisdictional discovery
18 related to particular issues raised by Plaintiff's Motion to Remand. See Court Docket
19 Entry # 45.

20   4.   Plaintiffs and Defendants agree that it is premature, and would be neither
21 prudent nor efficient, to address the various agenda items that are scheduled to be
22 addressed during the Case Management Conference until the parties' pending motions are
23 decided by this Court. Therefore, Plaintiffs and Defendants request a continuance of the
24 Case Management currently scheduled for July 11, 2008 to November 21, 2008, or to such
25 ///
26 ///
27 ///
28 ///

1  other later date that is convenient for the Court.

3  Dated: May 28, 2008

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
Todd M. Schneider
Carolyn H. Cottrell
W.H. "Hank" Willson, IV

By: ___/s/ W.H. "Hank" Wilson, IV___
W.H. "Hank" Willson, IV
Attorneys for Plaintiff
ALICE WILLIAMS

9  Dated: May 28, 2008

**BRYAN CAVE LLP**
Charles B. Jellinek
Karen K. Cain
Jesse E.M. Randolph

By: ___/s/ Jesse E.M. Randolph___
Jesse E.M. Randolph
Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.; H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.

## **ORDER**

Based upon the foregoing, and finding good cause therefor, it is hereby ORDERED that:

1. The Case Management Conference is continued to _____, at 1:30 p.m., in Courtroom 2 before the Honorable Jeffrey S. White.

2. It is further ordered that the Joint Case Management Statement, addressing all agenda items listed in the Court's Case Management Order, shall be filed by no later than _____.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE