1  Charles B. Jellinek (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri  63102-2750
3  Telephone:   (314) 259-2000
   Facsimile:   (314) 259-2020
4  Email:       cbjellinek@bryancave.com

5  Karen K. Cain (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri  64105-2100
7  Telephone:   (816) 374-3200
   Facsimile:   (816) 374-3300
8  Email:       karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California  92614-7328
11 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
12 Email:       jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.

15

16                 **UNITED STATES DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318 JSW<br><br>**NOTICE OF APPEARANCE OF CHARLES B. JELLINEK**<br><br>[General Order No. 45(IV)(C)] |

Side margin: BRYAN CAVE LLP, 1900 MAIN STREET, SUITE 700, IRVINE, CALIFORNIA 92614

IR01DOCS\368772.1                              1
**NOTICE OF APPEARANCE OF CHARLES B. JELLINEK**
**(Case No. C08-01318 JSW)**

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Charles B. Jellinek of Bryan Cave LLP, having
3  recently been admitted to this Court *pro hac vice*, hereby files this Notice of Appearance in
4  the above-referenced action as counsel for Defendants H&R Block Enterprises, Inc., H&R
5  Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc., and requests
6  that copies of all briefs, motions, orders, correspondence and other papers be sent to and
7  electronically served upon:

8          Charles B. Jellinek
        **BRYAN CAVE LLP**
9          211 North Broadway, Suite 3600
        St. Louis, Missouri 63102-2750
10         Telephone: (314) 259-2000
        Facsimile: (314) 259-2020
11         Email: cbjellinek@bryancave.com

13 Dated: June 2, 2008        **BRYAN CAVE LLP**
        Charles B. Jellinek
14         Karen K. Cain
        Jesse E.M. Randolph

15         By: /s/ Charles B. Jellinek
16         Charles B. Jellinek
        Attorneys for Defendants
17         H&R BLOCK ENTERPRISES, INC.; H&R
        BLOCK TAX AND BUSINESS SERVICES,
18         INC.; and H&R BLOCK TAX SERVICES,
        INC.

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614