Charles B. Jellinek (Admitted *Pro Hac Vice*)
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, Missouri  63102-2750
Telephone:    (314) 259-2000
Facsimile:    (314) 259-2020
Email:        cbjellinek@bryancave.com

Karen K. Cain (Admitted *Pro Hac Vice*)
**BRYAN CAVE LLP**
1200 Main Street, Suite 3500
Kansas City, Missouri  64105-2100
Telephone:    (816) 374-3200
Facsimile:    (816) 374-3300
Email:        karen.cain@bryancave.com

Jesse E.M. Randolph (California Bar No. 221060)
**BRYAN CAVE LLP**
1900 Main Street, Suite 700
Irvine, California  92614-7328
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
Email:        jesse.randolph@bryancave.com

Attorneys for Defendants
H&R BLOCK ENTERPRISES, INC.;
H&R BLOCK TAX AND BUSINESS SERVICES,
INC.; and H&R BLOCK TAX SERVICES, INC.

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., H&R BLOCK TAX AND BUSINESS SERVICES, INC., H&R BLOCK TAX SERVICES, INC., H&R BLOCK ENTERPRISES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-01318 JSW<br><br>**NOTICE OF APPEARANCE OF KAREN K. CAIN**<br><br>[General Order No. 45(IV)(C)] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Karen K. Cain of Bryan Cave LLP, having recently been admitted to this Court *pro hac vice*, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants H&R Block Enterprises, Inc., H&R Block Tax and Business Services, Inc., and H&R Block Tax Services, Inc., and requests that copies of all briefs, motions, orders, correspondence and other papers be sent to and electronically served upon:

> Karen K. Cain
> **BRYAN CAVE LLP**
> 1200 Main Street, Suite 3500
> Kansas City, Missouri  64105-2100
> Telephone:    (816) 374-3200
> Facsimile:    (816) 374-3300
> Email: karen.cain@bryancave.com

Dated: June 3, 2008

> **BRYAN CAVE LLP**
> Charles B. Jellinek
> Karen K. Cain
> Jesse E.M. Randolph
>
> By: _____/s/ Karen K. Cain_____
>         Karen K. Cain
> Attorneys for Defendants
> H&R BLOCK ENTERPRISES, INC.; H&R
> BLOCK TAX AND BUSINESS SERVICES,
> INC.; and H&R BLOCK TAX SERVICES,
> INC.

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614