1  Todd M. Schneider (SBN 158253)
   Carolyn H. Cottrell (SBN 166977)
2  W.H. "Hank" Willson, IV (SBN 233321)
   SCHNEIDER WALLACE COTTRELL
3  BRAYTON KONECKY LLP
   180 Montgomery Street, Suite 2000
4  San Francisco, California 94104
   Tel: (415) 421-7100
5  Fax: (415) 421-7105
   TTY: (415) 421-1665
6
7
   Alexander G. van Broek (SBN 103891)
8  LAW OFFICE OF ALEXANDER G. VAN BROEK
   1999 Harrison Street, Suite 700
9  Oakland, California 94612-3517
   Tel: (510) 446-1922
10 Fax: (510) 446-1911

11
   Attorneys for Plaintiffs and the proposed Class
12

13
                   **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15

16

17 ALICE WILLIAMS, on behalf of herself, and      Case No. 3:08-cv-1318 JSW
   on behalf of all others similarly situated,
18                                                 **STIPULATION EXTENDING TIME FOR**
              Plaintiff,                           **DEFENDANT H&R BLOCK FINANCIAL**
19                                                 **ADVISORS TO RESPOND TO**
          vs.                                      **PLAINTIFF'S COMPLAINT**
20
   H&R BLOCK FINANCIAL ADVISORS, INC.,
21 H&R BLOCK TAX AND BUSINESS
   SERVICES, INC., H&R BLOCK TAX
22 SERVICES, INC., H&R BLOCK
   ENTERPRISES, INC., and DOES 1 through 50,
23 inclusive,

24            Defendants.

25

26

27

28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION EXTENDING TIME FOR DEFENDANT H&R BLOCK FINANCIAL ADVISORS TO RESPOND TO COMPLAINT
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

1    Plaintiff Alice Williams ("Plaintiff") and Defendant H&R Block Financial Advisors, Inc.

2    ("Defendant"), hereby STIPULATE:

3        1.      Pursuant to the parties' previous stipulation, Defendant's responsive pleading to the

4    Complaint was due on June 13, 2008.

5        2.      Plaintiff has filed a Motion to Remand this case back to state court.  Once this Court

6    has ruled on Plaintiff's Motion to Remand, Plaintiff plans to request dismissal, without prejudice,

7    of Defendant H&R Block Financial Advisors, Inc. from this case.  This Court has set the hearing

8    on Plaintiff's Motion to Remand for October 10, 2008.  In order to save the time and resources of

9    the Court and the parties, the parties do not wish to force Defendant to file a responsive pleading in

10   light of its pending dismissal from the case.

11       3.      Thus, pursuant to Civil Local Rule 6-1(a), Plaintiff and Defendant stipulate that

12   Defendant's responsive pleading will be due no earlier than October 31, 2008.

13

14   Respectfully submitted,

15   Date: June 17, 2008                          SCHNEIDER WALLACE
                                                  COTTRELL BRAYTON
16                                                KONECKY LLP

17                                                LAW OFFICE OF ALEXANDER G. VAN
                                                     BROEK
18
                                                   /s/ *Hank Willson*
19                                                Hank Willson
                                                  Counsel for Plaintiff
20

21
     Date: June 17, 2008                          MORGAN LEWIS & BOCKIUS, LLP
22

23                                                _____
                                                  Megan Borovicka
24                                                Counsel for Defendant H&R Block Financial
                                                     Advisors, Inc.
25

26

27

28

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

1    Plaintiff Alice Williams ("Plaintiff") and Defendant H&R Block Financial Advisors, Inc.

2  ("Defendant"), hereby STIPULATE:

3    1.    Pursuant to the parties' previous stipulation, Defendant's responsive pleading to the

4  Complaint was due on June 13, 2008.

5    2.    Plaintiff has filed a Motion to Remand this case back to state court. Once this Court

6  has ruled on Plaintiff's Motion to Remand, Plaintiff plans to request dismissal, without prejudice,

7  of Defendant H&R Block Financial Advisors, Inc. from this case. This Court has set the hearing

8  on Plaintiff's Motion to Remand for October 10, 2008. In order to save the time and resources of

9  the Court and the parties, the parties do not wish to force Defendant to file a responsive pleading in

10  light of its pending dismissal from the case.

11    3.    Thus, pursuant to Civil Local Rule 6-1(a), Plaintiff and Defendant stipulate that

12  Defendant's responsive pleading will be due no earlier than October 31, 2008.

13

14  Respectfully submitted,

15  Date: June 17, 2008                                SCHNEIDER WALLACE
                                                        COTTRELL BRAYTON
16                                                      KONECKY LLP

17                                                      LAW OFFICE OF ALEXANDER G. VAN
                                                            BROEK
18

19                                                      _____
                                                        Hank Willson
20                                                      Counsel for Plaintiff

21
    Date: June 17, 2008                                MORGAN LEWIS & BOCKIUS, LLP
22

23                                                      _____
                                                        Megan Borovicka
24                                                      Counsel for Defendant H&R Block Financial
                                                            Advisors, Inc.
25

26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANT H&R BLOCK FINANCIAL ADVISORS TO RESPOND TO COMPLAINT
*Williams v. H&R Block, et al.*, Case No. 3:08-cv-1318 JSW

1