1  Charles B. Jellinek (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
2  211 North Broadway, Suite 3600
   St. Louis, Missouri  63102-2750
3  Telephone:   (314) 259-2000
   Facsimile:    (314) 259-2020
4  Email:         cbjellinek@bryancave.com

5  Karen K. Cain (Admitted *Pro Hac Vice*)
   **BRYAN CAVE LLP**
6  1200 Main Street, Suite 3500
   Kansas City, Missouri  64105-2100
7  Telephone:   (816) 374-3200
   Facsimile:    (816) 374-3300
8  Email:         karen.cain@bryancave.com

9  Jesse E.M. Randolph (California Bar No. 221060)
   **BRYAN CAVE LLP**
10 1900 Main Street, Suite 700
   Irvine, California  92614-7328
11 Telephone:   (949) 223-7000
   Facsimile:    (949) 223-7100
12 Email:         jesse.randolph@bryancave.com

13 Attorneys for Defendants
   H&R BLOCK ENTERPRISES, INC.;
14 H&R BLOCK TAX AND BUSINESS SERVICES,
   INC.; and H&R BLOCK TAX SERVICES, INC.
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18 | ALICE WILLIAMS, on behalf of herself, | Case No. C08-01318 JSW |
19 | and on behalf of all others similarly situated, | |
20 | | **NOTICE OF CHANGE OF ADDRESS** |
   | Plaintiff, | |
21 | | |
   | v. | |
22 | | |
   | H&R BLOCK FINANCIAL ADVISORS, | |
23 | INC., H&R BLOCK TAX AND | |
   | BUSINESS SERVICES, INC., H&R | |
24 | BLOCK TAX SERVICES, INC., H&R | |
   | BLOCK ENTERPRISES, INC., and | |
25 | DOES 1 through 50, inclusive, | |
26 | Defendants. | |

27
28
IR01DOCS\373486.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, effective August 1, 2008, the address of the Irvine

3 office of Bryan Cave LLP, attorneys of record for Defendants H&R Block Enterprises,

4 Inc., H&R Block Tax and Business Services, Inc. and H&R Block Tax Services, Inc., will

5 change to 3161 Michelson Drive, Suite 1500, Irvine, California 92612.  The telephone

6 number will remain (949) 223-7000, and the fax number will remain (949) 223-7100.

8  Dated:  July 24, 2008                    **BRYAN CAVE LLP**
                                            Charles B. Jellinek
9                                           Karen K. Cain
                                            Jesse E.M. Randolph

11                                          By:  /s/ Jesse E.M. Randolph
                                                 Jesse E.M. Randolph
12                                          Attorneys for Defendants
13                                          H&R BLOCK ENTERPRISES, INC.; H&R BLOCK TAX AND BUSINESS SERVICES, INC.; and H&R BLOCK TAX SERVICES, INC.

IR01DOCS\373486.1

2

**NOTICE OF CHANGE OF ADDRESS**
(Case No. C08-01318 JSW)

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328