IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WILLIAMS,<br><br>             Plaintiff,<br><br>    v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC.,<br><br>             Defendant.<br>_____/ | No. C 08-01318 JSW<br><br>**ORDER RE DISCOVERY DISPUTE** |

Now before the Court is the joint letter from the parties dated September 15, 2008, indicating that there is a dispute regarding Plaintiffs' discovery requests in which they attempt to determine the citizenship of the members of the proposed class. Defendants have refused to provide further responses because they argue, in light of their admission regarding residency and their concession that they will not contest the citizenship of the proposed class members, Plaintiffs' requests are moot.

In light of Defendants' admission and concession, the Court will not order further discovery responses to be provided at this time. The Court will hold Defendants to their admission that over two-thirds of the proposed class reside in California and to Defendants' position that they do not contest that over two-thirds of the proposed class are citizens of California. *See Smith v. Simmons*, 2008 U.S. Dist. LEXIS 21162, *22-23 (E.D. Cal. March, 14,

///

///

2008) (holding that evidence of residence provides *prima facie* evidence of domicile and that additional evidence to prove domicile is only required if it is challenged).

**IT IS SO ORDERED.**

Dated: September 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE